**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7273**

VERNON BRENT DOWLING,

       Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

       Defendant - Appellee,

    and

DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF PRISONS; FBOP DIRECTOR SAMUELS; ALL FEDERAL EMPLOYEES RESPONSIBLE FOR NEGLIGENCE, INJURY, AND DAMAGES AND HEALTH SERVICES/CORPORATE CONTRACT, (full names are unknown at this time); OFFICER WALKER; OFFICER PLATTS; LT. MERRILL; WARDEN A. MANSUKHANI; UNITED STATES DEPARTMENT OF JUSTICE; FBOP; DIRECTORS SAMUELS, (FBOP); FEDERAL EMPLOYEES; HEALTH SERVICES; WARDEN MANSUKHANI; MS. WILLIAMS,

       Defendants.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  David C. Norton, District Judge.  (0:16-cv-03468-DCN)

Submitted:  December 10, 2020           Decided:  January 5, 2021

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Vernon Brent Dowling, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernon B. Dowling appeals the district court's orders accepting the recommendation of the magistrate judge and dismissing his claims pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680, for lack of subject matter jurisdiction, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dowling v. United States*, No. 0:16-cv-03468-DCN (D.S.C. Oct. 24, 2018 & June 18, 2019). We also deny Dowling's pending motions to appoint counsel, to seal a motion for appointment of counsel, for a transcript at government expense, to stay the appeal, to provide the Defendants' insurance information, and to withdraw his consent to proceed under the Prison Litigation Reform Act. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*